UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| In Re: <br><br> JASON RANNFELDT and ANN RANNFELDT, <br><br> Debtors. | Bankruptcy No. 22-01353 <br><br> MOTION TO WITHDRAW |

COMES NOW the undersigned and in support of the above-captioned Motion to Withdraw states:

1. On December 16, 2022 the above-captioned Debtors filed a Bankruptcy Petition pursuant to Chapter 13 of Title 11 of the United States Code.

2. A chapter 13 Plan has not been confirmed.

3. The undersigned, after consulting with the Debtors, the Assistant United States Trustee, counsel for the Chapter 13 Trustee, the Office of the Iowa Attorney General, and the Internal Revenue Service, finds it necessary to ask to withdraw herein.

4. Iowa Rule of Professional Conduct 32:1.16 states in part:

    (a) [a] lawyer shall not represent a client or, where representation has commenced, *shall withdraw* from the representation of a client if:

    (1) the representation will result in violation of the Iowa Rules of Professional Conduct or other law.

5. Iowa Rule of Professional Conduct 32:1.6 states in part:

    (a) A lawyer shall not reveal information relating to the representation of a client…

6. In light of Iowa Rule of Professional Conduct 32:1.6, the undersigned cannot provide further information as to how the continued representation will result in violation of the Iowa Rules of Professional Conduct or other law.

7. L. Ashley Wieck, Assistant United States Trustee, has been advised of the above-captioned Motion to Withdraw and does not object to the undersigned withdrawing as counsel.

8. Deanna Bachman, Attorney for the Chapter 13 Trustee, has been advised of the above-captioned Motion to Withdraw and does not object to the undersigned withdrawing as counsel.

9. Jason Rannfeldt has advised the undersigned that he **does not consent** to the above-captioned Motion to Withdraw.

10. The undersigned has sent multiple emails and left numerous voice mails for Ann Rannfeldt. Unfortunately the undersigned has not reached Mrs. Rannfeldt and there has not been advised if Mrs. Rannfeldt does or does not consent to the above-captioned Motion to Withdraw.

11. The undersigned has engaged in email correspondence with the Debtors and has advised the Debtors to seek alternate legal counsel.

WHEREFORE the undersigned prays the Court grant the above-captioned Motion to Withdraw and permit Samuel Z. Marks and Marks Law Firm to withdraw as counsel for the Debtors herein.

MARKS LAW FIRM, P.C.

/s/ Samuel Z. Marks
Samuel Z. Marks
4225 University Avenue
Des Moines, Iowa 50311
(515) 276-7211
FAX (515) 276-6280
ON BEHALF OF MARKS LAW FIRM,
ATTORNEY FOR DEBTORS

## CERTIFICATE OF SERVICE

By signing above, the attorney certifies that on this the February 22, 2023, this document was filed electronically in the United States Bankruptcy Court for the Southern District of Iowa. The parties listed below will receive notice electronically.

L. Ashley Wieck, Assistant United States Trustee
Deanna Bachman, attorney for the Chapter 13 Trustee

By signing above, the attorney certifies that on this 22nd day of February, 2023, this document will be served on the Debtors, Jason and Ann Rannfeldt via email and first class mail.